# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN WHITE, <br>         Plaintiff, <br> vs. <br> AETNA INC. and HEWITT ASSOCIATES LLC, <br>         Defendants. | Case No.: CV 17-513-DMG (JEMx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE [66]** |

Pursuant to parties' stipulation, the above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: September 21, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE